# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. CR-09-129 (TFH) |
| | : | Mag: 09-273, 09-274 & 09-275M |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| LONNELL G. GLOVER, | : | VIOLATIONS: |
| ROBERT ROBBINS, | : | |
| also known as Country, | : | 21 U.S.C. § 846 |
| JONATHAN WRIGHT, | : | (Conspiracy to Distribute and Possess |
| also known as John and | : | with Intent to Distribute Five Kilograms |
| also known as John-John, | : | or More of Cocaine Base |
| | : | 21 U.S.C. § 853 |
| Defendants. | : | (Criminal Forfeiture) |

**INDICTMENT**

FILED IN OPEN COURT

The Grand Jury charges:

HOGAN, J. TFH

**COUNT ONE**

MAY 1 2 2009

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

From on or about sometime in February 9, 2007, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least June 19, 2007, in the District of Columbia, the District of Maryland, the Southern District of Alabama, the Southern District of Florida, and elsewhere, **LONNELL G. GLOVER, ROBERT ROBBINS,** also known as Country, and **JONATHAN WRIGHT,** also known as John and also known as John -John did unlawfully, knowingly, and intentionally combine, conspire, confederate and agree together and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine,

Case Related To 08-110 (TFH)

a Schedule II narcotic drug controlled substance, and the quantity of said mixture and substance was five kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**(Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

## FORFEITURE ALLEGATION

1.      The violation alleged in Count One of this Indictment is realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the offense alleged in Count One, the defendant(s) in this Indictment, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from proceeds obtained directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to:

(a)     United States Currency:

        i)      $175,000.00 in U.S. currency, seized from Cardinal Marshall on June 2, 2007.

By virtue of the commission of the felony offense charged in Count One of this Indictment, any and all interest that the defendant(s) have in the property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the charged conspiracy or used, or intended

to be used, to facilitate the charged conspiracy, is vested in the United States and hereby forfeited

to the United States pursuant to Title 21, United States Code, Section 853.

**(Criminal Forfeiture**, in violation of Title 21, United States Code, Section 853)

A TRUE BILL:

FOREPERSON.

Attorney for the United States in
and for the District of Columbia