# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 09-129 (ESH) |
| | ) |
| LONNELL GLOVER | ) |

## DEFENDANT GLOVER'S MOTION TO ADOPT
## AND CONFORM MOTIONS OF THE CO-DEFENDANT

COMES NOW, Lonnell Glover, defendant number 1, by and through Joseph Conte, 400 Seventh Street, N.W., Suite 400, Washington, D.C. 20004 in accordance with Rule 47 of the Federal Rules of Criminal Procedure to respectfully request this Honorable Court to adopt and join in all pertinent motions filed by the co-defendants which are not inconsistent with the positions he has or will take in this litigation. In support of this motion counsel would state:

1. The defendant is charged with two co-defendants.

2. Counsel for the defendant will file all pertinent motions where he has identified an issue and has standing to raise the issue. However, counsel for the co-defendants may file the same motions and cite authority in his motions of which counsel is unaware.

3. Counsel for the co-defendants may be filing motions from their investigations on issues that undersigned counsel may be unaware and has standing to raise.

4. Counsel is currently unaware of all the motions that may be filed by counsel for the co-defendants.

1

5.  It is in the interest of judicial economy to allow the defendant to join in and adopt all motions filed by his co-defendants.

WHEREFORE counsel respectfully requests that this motion be granted.

Dated: July 16, 2009

Respectfully submitted,

  /s/   *Joseph R. Conte*
Joseph R. Conte, Bar #366827
Counsel for Lonnell Glover
Law Offices of J.R. Conte
Washington, D.C. 20004
Phone:    202.638.4100
Fax:    202.628.0249
E-mail:    dcgunlaw@gmail.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was served by the Electronic Case Filing System

  /s/   *Joseph R. Conte*
Joseph R. Conte, Bar #366827
Counsel for Lonnell Glover
Law Offices of J.R. Conte
Washington, D.C. 20004
Phone:    202.638.4100
Fax:    202.628.0249
E-mail:    dcgunlaw@gmail.com