UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 1 6 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) Cr. No. 09-129 (ESH) |
| | ) |
| LONNELL GLOVER | ) |

## ORDER

This matter is before the Court on defendant Glover's <u>Motion to Adopt and Conform Motions of Co-Defendants</u>. The Court having considered the motion, the Government's response thereto and after a hearing on the motion it is this ___16___ day of ___July___, 2009,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED**

**SO ORDERED**

_Ellen Shuck_
Ellen Segal Huvelle

ADOPT.DCord.wpd 161534Z JUL 09