Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 09-129 (ESH) |
| ) | |
| LONNELL GLOVER ) | |

## NOTICE OF APPEAL

Name and address of appellant:    Lonnell Glover
D.C. Jail
1901 D Street, S.E.
Washington, D.C. 20003

Name and address of appellant's attorney:    Joseph R. Conte
400 Seventh Street, N.W., #400
Washington, D.C. 20004

Offense:   21 U.S.C. 846.  Drug conspiracy

Concise statement of judgment or order, giving date, and any sentence:

The district court denied the defendant's pro se Motion to Seek Release of Funds and Properties and denied a hearing on the motion.  Hearing date August 12, 2009.

Name and institution where now confined, if not on bail:   D.C. Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_8/19/09_
DATE

_Joseph R. Conte for Lonnel Glover_
APPELLANT

_Joseph R. Conte_
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ✓
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?                 YES ✓   NO ☐
Has counsel ordered transcripts?                             YES ☐   NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ✓