**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **No. 09-CR-129 (ESH)** |
| ) | |
| **LONNELL GLOVER,** *et al.* ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

Based on the Court's review of the parties' filings, it is hereby **ORDERED** that

(1) the motion to sever defendant Robbins [Dkt. 74] is denied**;**

(2) the motion to dismiss count two of the indictment [Dkt. 82] as to all defendants is granted as conceded by the government;

(3) the government shall supplement its Motion *In Limine* Seeking Admission of Evidence Pursuant to Federal Rule of Evidence 404(b) as to defendant Robbins [Dkt. 32] on or before January 4, 2010.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE:   December 15, 2009

1